# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MILLER & SON PAVING, INC.,** | : | |
| Appellant, | : | CIVIL ACTION |
| v. | : | No. 15-4869 |
| | : | |
| **TEAMSTERS PENSION TRUST FUND OF** | : | |
| **PHILADELPHIA AND VICINITY,** | : | |
| Appellee. | : | |

**MCHUGH, J.**                                                                                          **SEPTEMBER 14, 2016**

## ORDER

This 14th day of September, 2016, upon consideration of the Cross-Motions for Summary Judgment filed by the parties, it is hereby **ORDERED** that the Motion for Summary Judgment filed by Appellant Miller & Son Paving, Inc., is **DENIED** and the Motion for Summary Judgment filed by Appellee Teamsters Pension Trust Fund of Philadelphia and Vicinity is **GRANTED** on the merits, but **DENIED** as to its request for attorney's fees.

             /s/ Gerald Austin McHugh
             United States District Judge